Exhibit A

Notice of Immigration Court Hearing on 4-8-2025

🇺🇸 An official website of the United States government Here's how you know

 **EOIR** Automated Case Information

---

**Court Closures Today** March 28, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > DASILVA, CELSO LUIZ (096-416-659)



# Automated Case Information

## Name: DASILVA, CELSO LUIZ | A-Number: 096-416-659 | Docket Date: 2/27/2025

### 📅 Next Hearing Information

### ⚖️ Court Decision and Motion Information

Your upcoming **MASTER** hearing is **INTERNET-BASED** on **April 8, 2025** at **9:00 AM**.

**JUDGE**

Panopoulos, Adam

For hearing access information, please visit EOIR's website and select "Find an Immigration Court".



*This case is pending.*

Exhibit B

Lowell District Court Docket No. 2511 CR 0416 &
initial Release on Personal Recognizance

- Case Type:
- Criminal

- Case Status:
- Open

- File Date
- 02/03/2025

- DCM Track:

- Initiating Action:
- A&B ON POLICE OFFICER c265 §13D

- Status Date:
- 02/03/2025

- Case Judge:

- Next Event:
- 04/24/2025

| All Information | Party | Charge | Event | Docket | Disposition |

### Party Information

**DaSilva, Celso Luiz**
- Defendant

Alias

**Party Attorney**
Attorney
Giannetti, Esq., Jason
Bar Code
659093
Address
FitzGerald Law Company
185 Devonshire St
Suite 601
Boston, MA 02110
Phone Number
(617)523-6320

More Party Information

### Party Charge Information

- **DaSilva, Celso Luiz**
- Defendant
  - Charge # 1:
    265/13D/A-0 - Misdemeanor - more than 100 days incarceration    A&B ON POLICE OFFICER c265 §13D

- Original Charge
  - 265/13D/A-0 A&B ON POLICE OFFICER c265 §13D (Misdemeanor - more than 100 days incarceration)
  - Amended Charge

- **DaSilva, Celso Luiz**
- Defendant
  - Charge # 2:
    268/32B-0 - Misdemeanor - more than 100 days incarceration    RESIST ARREST c268 §32B

- Original Charge
  - 268/32B-0 RESIST ARREST c268 §32B (Misdemeanor - more than 100 days incarceration)
  - Amended Charge

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 02/03/2025 09:00 AM | Arraignment Session | | Arraignment | Held - Personal Recog. Release |
| 03/19/2025 09:00 AM | Pretrial Session | | Pretrial Hearing | Held-PT |
| 04/24/2025 09:00 AM | Pretrial Session | | Discovery Compliance & Jury Election | |

## Docket Information

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 02/03/2025 | Criminal Complaint issued from Electronic Application:<br>Originating Court: Lowell District Court<br>Case Number: 2511AC000524-AR<br>Receiving Court: Lowell District Court<br>; | |
| 02/03/2025 | Complaint issued upon new arrest. | |
| 02/03/2025 | Appearance filed<br>On this date Jason Giannetti, Esq. added as Private Counsel for Defendant Celso Luiz DaSilva<br><br>Judge: DeCapua, Hon. Pacifico M | Image |
| 02/03/2025 | Event Resulted: Arraignment scheduled on:<br>    02/03/2025 09:00 AM<br>Has been: Held - Personal Recog. Release<br>Hon. Pacifico M DeCapua, Presiding | |
| 02/03/2025 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: DeCapua, Hon. Pacifico M | |
| 02/03/2025 | Plea of Not Guilty entered on all charges.<br>Judge: DeCapua, Hon. Pacifico M | |
| 02/03/2025 | Bail revocation warning (276/58) given to the defendant<br>Judge: DeCapua, Hon. Pacifico M | |
| 02/03/2025 | Released on Personal Recognizance<br>Judge: DeCapua, Hon. Pacifico M | |
| 03/14/2025 | Habeas Corpus for prosecution issued to Donald W Wyatt Detention Center returnable for 03/19/2025 09:00 AM Pretrial Hearing:<br>Further Orders:<br>Video conference via Zoom<br>Zoom ID 161 495 5803<br><br>Judge: Coffey, Hon. John F | |
| 03/19/2025 | Event Resulted: Pretrial Hearing scheduled on:<br>    03/19/2025 09:00 AM<br>Has been: Held-PT<br>Hon. Leo S Fama, Presiding | |
| 03/19/2025 | Pretrial conference report filed.<br>Judge: Fama, Hon. Leo S | |
| 03/19/2025 | Defendant is ordered committed to Middlesex County House of Correction in lieu of having posted bail in the amount ordered: ($2,500.00 Bond; $250.00 Cash), returnable for 04/24/2025 09:00 AM Discovery Compliance & Jury Election; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>VIDEO CONFERENCE VIA ZOOM<br>ZOOM ID: 1614955803<br><br>Judge: Fama, Hon. Leo S | |

| Docket Date | Docket Text | |
|---|---|---|
| 03/19/2025 | Habeas Corpus Writ issued to Wyatt Detention Center for Celso Luiz DaSilva, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 04/24/2025 09:00 AM Discovery Compliance & Jury Election. The Sheriff of Middlesex County to arrange for the detainee's presence as a defendant at the scheduled court hearing. VIDEO CONFERENCE VIA ZOOM ZOOM ID : 161495803<br><br>Judge: Fama, Hon. Leo S | Image Avail. |
| 03/19/2025 | Form generated:<br><br>Habeas Corpus for Detainee in the Custody of ICE<br>Sent On: 03/19/2025 11:16:30 | |
| 03/19/2025 | Pretrial conference report filed.<br><br>Judge: Fama, Hon. Leo S | Image |
| 03/19/2025 | Reasons for ordering bail.<br><br>Judge: Fama, Hon. Leo S | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 02/03/2025 |

# RECOGNIZANCE
(Promise to Appear)

## COMMONWEALTH OF MASSACHUSETTS

**DOCKET NUMBER:**

**DEFENDANT'S NAME AND ADDRESS (INCLUDE ANY ALIAS):**
Celso Da Silva
552 E. Merrimack St
Lowell, Ma. 01852

**SOCIAL SECURITY NUMBER:**

**DATE OF BIRTH:** 8-12-1970

**NAME OF SURETY AND ADDRESS:** N/A

☐ SAME AS ABOVE DEFENDANT

**LAST 4 DIGITS OF SURETY'S SSN:**

**SURETY Y.O.B.:**

### TERMS OF RELEASE
☒ PERSONAL RECOGNIZANCE
☐ CASH BAIL  $_____
☐ FORM 8300 COMPLETED

**ARREST ON WARRANT**
☐ YES  ☒ NO

**MUNICIPALITY WHERE WARRANT ARREST OCCURRED:**

**NAME AND ADDRESS OF COURT:**
Lowell Justice Center
Dist
370 Jackson Street
Lowell, MA 01852

**DATE AND TIME OF APPEARANCE:** 2/3/25 AT 8:30 ☒ A.M.  ☐ P.M.

**REPORT TO:** ☒ Probation  ☐ Clerk's Office

**OFFENSE(S):** Resisting Arrest, A&B Police Officer

THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

**Additional Conditions of Release:** _____

### NOTICE TO DEFENDANT:

**Penalty for failure to appear in court after release on bail or recognizance**
A defendant who fails to appear in court after release on bail or recognizance may be punished by a fine of $10,000 or by imprisonment for a year, or both, in the case of a misdemeanor, and by a fine of $50,000 or imprisonment for five years, or both, in the case of a felony.

**Penalty for committing a crime while on release on bail or recognizance**
A defendant who is charged with another crime while on release on bail or recognizance may have this release revoked, and may be held without bail for a period not to exceed 90 days.

### DEFENDANT'S OATH TO APPEAR:
I, the defendant, agree to appear on the the above time and date, at the court specified. I also agree to appear at all court dates on this matter until the final disposition of the case, and to abide by any conditions of release specified. I understand that any bail amount that may have been posted may be forfeited for any missed court appearances, and that the bail money, if any was posted, will remain with the court until the final disposition, unless the court orders otherwise. I understand that any bail posted cannot be returned until the Legal Counsel Fee is paid in full. The bail fee paid to the bail magistrate or commissioner is separate from the bail, and is non-refundable.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTY OF PERJURY
X _____

### SURETY'S OATH AND ACKNOWLEDGEMENT OF RISK WHEN POSTING BAIL:
I certify that I am the person named as surety on this release document. I understand that the bail may be forfeited if any court appearances are missed by the person charged, and that the bail will remain with the court until the final disposition on the case, unless the court orders otherwise. I also understand that the bail posted cannot be returned until the Legal Counsel Fee is paid in full.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTY OF PERJURY
X _____

**PLACE WHERE BAIL TAKEN:** Lowell Police Dept.

**JURISDICTION OF MAGISTRATE:** Lowell Dist Court

**FORM OF BAIL DELIVERED TO COURT AND DATE OF DELIVERY / DATE SENT:**
☐ Cash
☐ Check #

**SIGNED (PERSON AUTHORIZED TO TAKE BAIL):** X _____

**PRINT FULL NAME:** Lee Toles

☐ Clerk-Magistrate
☐ Assistant Clerk-Magistrate
☐ Bail Commissioner

**BAIL FEE RECEIVED:** $ _____

**DATE SIGNED:** Feb 1 '25

**TIME SIGNED:** 10:40  ☒ A.M. ☐ P.M.

**RELEASE TERMS SET BY:** (COMPLETE IF TERMS OF RECOGNIZANCE WERE SET BY A DIFFERENT JUDICIAL OFFICER THAN THE ONE COMPLETING THIS RELEASE)

Subscribed and sworn to before me, the defendant having been furnished a copy of this recognizance. I certify that I have not received anything of value for setting and/or taking this bail. I further certify that if a cash bail has been posted that the named surety has been furnished a copy of this release. Subscribed and sworn to under the pains and penalty of perjury

DEFENDANT'S COPY

Exhibit C

Habeas Corpus issued by the Lowell District Court
for the Respondent on 3-14-2025

| HABEAS CORPUS FOR PROSECUTION COURT FILE COPY | DOCKET NUMBER 2511CR000416 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| **DEFENDANT NAME** Celso Luiz DaSilva | | **COURT NAME & ADDRESS** Lowell District Court 370 Jackson Street Lowell, MA 01852 (978)459-4101 |

| DEFENDANT DOB | GENDER | SSN | PCF NUMBER |
|---|---|---|---|
| 08/12/1979 | Male | | 5088101 |

**NAME & ADDRESS OF INSTITUTION**
Donald W Wyatt Detention Center
950 High Street
Central Falls, RI 02863

**NEXT EVENT DATE & TIME**
03/19/2025 09:00 AM Pretrial Hearing

^^^^^^^^^^
DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME

**TO THE OFFICIAL IN CHARGE OF THE INSTITUTION NAMED ABOVE:**

You are hereby ORDERED to bring the defendant named above, who is presently in your custody, before this court on the date and time indicated above for the event indicated.

If the defendant is transferred from your facility prior to the appearance date, please transmit this writ with the defendant to the new facility. If the defendant is released from custody prior to the appearance date, please notify the court immediately.

**FURTHER ORDERS OF THE COURT:**
Video conference via Zoom
Zoom ID 161 495 5803

| TESTE OF FIRST JUSTICE | DATE ISSUED | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| WITNESS: Hon. John F Coffey | 03/14/2025 | X [signature] |

**RETURN OF SERVICE**

I certify that:
☐ I have produced the defendant named above in court as ordered.
☐ I am unable to produce the defendant and I am returning this writ to the court because:

| DATE OF RETURN | SIGNATURE OF PERSON MAKING RETURN X | TITLE OF PERSON MAKING RETURN X |
|---|---|---|

Date/Time Printed: 03-14-2025 09:45:30

Version 2.0 - 11/06

Exhibit D

Order from the Lowell District Court
Revoking the Respondent's Release dated 3-14-2025

| REASONS FOR ORDERING BAIL, CONTINUED DETENTION, OR RELEASE | TRIAL COURT OF MASSACHUSETTS |
|---|---|

| COURT DEPARTMENT | DIVISION OR COUNTY | DOCKET NUMBER |
|---|---|---|
| | | 2511CR0416 |

**NAME OF DEFENDANT:** Celso Luiz DaSilva

### Section I. Bail Order

Bail amount is set at Cash $ 250    Surety $ _____

The Court relied on the following factors:

1. [x] The defendant's financial resources.
2. [x] The nature and circumstances of the offense charged.
3. [x] The potential penalty the defendant faces.
4. [ ] The defendant's family ties.
5. [ ] The defendant's employment record.
6. [ ] The defendant's history of mental illness.
7. [ ] The defendant's reputation and length of residence in the community.
8. [ ] The defendant's record of convictions.
9. [ ] The defendant's present drug dependency.   [ ] record for illegal drug distribution.
10. [ ] The defendant's record of flight to avoid prosecution.
11. [ ] The defendant's fraudulent use of an alias or false identification.
12. [ ] The defendant's failure to appear at a court proceeding to answer to an offense.
13. [ ] The fact that the defendant's alleged acts involve "abuse" as defined by G.L. c. 209A, § 1.
14. [ ] The fact that the defendant's alleged acts constitute a violation of a temporary or permanent order issued under G.L. c. 208, §§ 18 or 34B; G.L. c. 209, § 32; G.L. c. 209A, §§ 3, 4 or 5; or G.L. c. 209C, §§ 15 or 20.
15. [x] The defendant's history of orders issued against him or her under the aforementioned sections.
16. [ ] The defendant's status of being on bail pending adjudication of a prior charge.
17. [ ] The defendant's status of being on probation, parole or other release pending completion of sentence for any conviction.
18. [ ] The defendant's status of being on release pending sentence or appeal for any conviction.
19. [ ] The defendant's risk of exposure to COVID-19 if in custody, the risk that the defendant may infect others with COVID-19 if in custody, and the defendant's particular vulnerability, if any, to COVID-19 due to a preexisting medical condition or advanced age.

Further Explanation: _____

[ ] Based on the above information, bail has been set at its current amount because the Court finds that the risk that the defendant will flee or otherwise fail to appear before the Court as required is such that it outweighs the potential adverse impact on the person, their immediate family or dependents and that no alternative, less restrictive financial or non-financial conditions will suffice to assure his or her appearance at future court proceedings.

### Section II: Review Of Motion For Reconsideration Of Order Resulting In Custody

The defendant is in custody on: [ ] Bail   [ ] G.L. c. 276, § 58A   [ ] G.L. c. 276, § 58B   [ ] pending probation violation hearing

For detainee entitled to presumption of release: At an expedited COVID-19 hearing pursuant to *CPCS v. Chief Justice of the Trial Court*, 484 Mass. 431 (April 3, 2020): The Commonwealth [ ] has [ ] has not established, by a preponderance of the evidence, that release would result in an unreasonable danger to the community or that the defendant presents a very high risk of flight.

For detainee not entitled to presumption of release: [ ] Detainee release request denied.  [ ] Detainee ordered released on probation order due to COVID-19 factors.  [ ] Detainee ordered released on the above docket number(s) due to COVID-19 factors.

The Court relied on the following factors in addition to those marked in Section I:
- [ ] The safety risk to the victim, victim's family members, witnesses, the community or defendant if released.
- [ ] The accusation that the defendant violated a condition of probation or release and whether the violation was a new criminal offense or a non-criminal conduct.
- [ ] The defendant's release plan.

| DATE | JUSTICE |
|---|---|
| 3/19/25 | _[signature]_ |

Page 1 of 1